AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JAMAL M. SAFA,<br><br>*Plaintiff*<br>v.<br>DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, INC.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, INC., a foreign corporation

        Serve:  CT Corporation System, Registered Agent
               1200 South Pine Island Road
               Plantation, FL 33324

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ricardo M. Martinez-Cid, Esq.
                                          PODHURST ORSECK, P.A.
                                          25 West Flagler Street, Suite 800
                                          Miami, FL 33130
                                          Telephone: (305) 358-2800

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                          *CLERK OF COURT*

Date: _____                                _____
                                                                                 *Signature of Clerk or Deputy Clerk*