# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 12-CV-20602-UNGARO/TORRES

Plaintiff:
**JAMAL M. SAFA**

vs.

Defendant:
**DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, INC.**

For:
Ricardo M. Martinez-Cid, Esq.
PODHURST ORSECK, P.A.
25 West Flagler Street
8th Floor
Miami, FL 33130

Received by AMS Process Service, Inc. on the 15th day of February, 2012 at 11:30 am to be served on **DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, INC., a foreign corporation, by serving: CT CORPORATION SYSTEM, Registered Agent, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, James A. Guerin CP#677, being duly sworn, depose and say that on the **21st day of February, 2012** at **11:09 am, I:**

SERVED the within named Corporation by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour endorsed thereon by me to DONNA MOCH, SENIOR CORPORATE OPERATIONS MANAGER who stated that he/she is authorized to accept service of process for CT CORPORATION SYSTEM as Registered Agent of the within named Corporation, in accordance with State statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23rd day of February, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC



ANNA M. SCORNAVACCA
MY COMMISSION # DD 839541
EXPIRES: December 6, 2012
Bonded Thru Budget Notary Services

_____
**James A. Guerin CP#677**
Process Server

**AMS Process Service, Inc.**
5881 S.W. 49 Street
Miami, FL 33155
(305) 662-4440

Our Job Serial Number: 2012000341

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JAMAL M. SAFA,

*Plaintiff*

v.

DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, INC.

*Defendant*

Civil Action No.
**12-CV-20602-UNGARO/TORRES**

*[Handwritten: 2/21/12 11:09 am Donna Moch, sr corp ops mgr auth for RAA JAG#677]*

*[Handwritten left margin: 2115 1130]*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, INC., a foreign corporation

    Serve:  CT Corporation System, Registered Agent
             1200 South Pine Island Road
             Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ricardo M. Martinez-Cid, Esq.
                                         PODHURST ORSECK, P.A.
                                         25 West Flagler Street, Suite 800
                                         Miami, FL 33130
                                         Telephone: (305) 358-2800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: **February 14, 2012**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts