UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMAL M. SAFA,<br><br>                                        Plaintiff,<br><br>- against -<br><br>DEUTSCHE LUFTHANSA<br>AKTIENGESELLSCHAFT, INC.,<br>*a foreign corporation*,<br><br>                                        Defendant. | Civil Action No.:<br>2:12-cv-02950 (ADS)(WDW)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Joseph J. Ortego of the law firm of NIXON PEABODY LLP, hereby enters his appearance in this case on behalf of defendant Deutsche Lufthansa Aktiengesellschaft, Inc.  I certify that I am admitted to practice in the Eastern District of New York.

Dated:   August 22, 2012
             Jericho, New York

                                                                  **NIXON PEABODY LLP**


                                                                  By:  /s/ Joseph J. Ortego_____
                                                                          Joseph J. Ortego, Esq.
                                                                  50 Jericho Quadrangle, Suite 300
                                                                  Jericho, New York 11753-2728
                                                                  (516) 832-7500
                                                                  jortego@nixonpeabody.com

                                                                  *Attorneys for Defendant*

14116549.1