# Elaine L. Witherspoon

**From:** Mealiffe, Thomas <tmealiffe@nixonpeabody.com>
**Sent:** Monday, February 04, 2013 6:57 PM
**To:** Elaine L. Witherspoon
**Subject:** Re: Safa - Amended Answers to Pl's First RFPs & Interrogatories

Elaine, I'm currently on trial in the NDNY but will look to respond as soon as possible. I will be able to get the incident reports to you by Wednesday. I believed we complied with the agreement with Lauren but I will need to look specifically at No. 11.

Tom

Sent from my iPhone

On Feb 4, 2013, at 6:49 PM, "Elaine L. Witherspoon" <EWitherspoon@PODHURST.com> wrote:

> Tom,
>
> I am writing to follow up regarding the open issues regarding our initial discovery requests. I will be taking over for Jodi Pandolfi on this case until Lauren returns from her maternity leave. Please direct your responses to her earlier emails to me.
>
> First, you indicated that you would provide us with supplemental discovery responses including those relating to "other incidents" from 2010 to present by last week. We have not received your response. Please confirm that you will provide these by Wednesday February 6, 2013 at the latest, or we will need proceed through the court. As to the earlier incident reports, you have not indicated a time-frame in which you will be able to provide these documents. Please let me know whether you can provide these documents by the end of this week, and, if not, how long you need to produce them.
>
> Second, please confirm that you will produce the versions of section 5.8 "Angina Pectoris/Heart Attach 15" that were in effect from November 2008 to the present (as discussed in number 3 of our email dated January 22, 2013 from Jodi Pandolfi) by the end of this week.
>
> Third, please confirm that you have produced the entire first edition of the Flight Safety Manual (as discussed in number 2 of our email dated January 22, 2013) and that there are no other flight safety manuals, flight attendant manuals, flight crew manuals, flight attendant training materials, or flight crew training materials other than the Flight Safety Manual (as discussed in numbers 4 and 5 of our email dated January 22, 2013).
>
> Fourth, please confirm that Lufthansa is not in possession of any contact information relating to the "emergency doctor" referenced in LFU001626 other than what has been provided.
>
> Finally, my understanding is that we were not able to reach an agreement regarding our interrogatory number 11, and you did not file an amended response with respect to that interrogatory. Accordingly, we intend to move forward with the court on that response. If I am incorrect, and you intend to provide an amended response, please let me know.
>
> Thank you,



Elaine Witherspoon
Podhurst Orseck, P.A.
25 West Flagler Street
Suite 800
Miami, Florida 33130
305-358-2800

---

**From:** Jodi A. Pandolfi
**Sent:** Monday, January 28, 2013 5:36 PM
**To:** 'tmealiffe@nixonpeabody.com'
**Cc:** LAUREN L. BARRINGTON; Angela Sanjenis; Elaine L. Witherspoon; ALBA N. DUCCI
**Subject:** Safa - Amended Answers to Pl's First RFPs & Interrogatories

Dear Tom,

I am writing to follow-up on your amended answers to Plaintiff's First RFPs and Interrogatories. You confirmed with Lauren that you would send the amended answers two weeks ago and those related to "other incidents" last week, but we have not received anything to date. Please forward this information by this Thursday, or we will be forced to follow-up with the court.

Thank you,

Jodi Pandolfi

Podhurst Orseck, P.A.
25 West Flagler St., Suite 800
Miami, Florida 33130
Phone: 305.358.2800
Fax: 305.358.2382

---

**From:** LAUREN L. BARRINGTON
**Sent:** Tuesday, January 22, 2013 3:39 PM
**To:** tmealiffe@nixonpeabody.com
**Cc:** Jodi A. Pandolfi; Angela Sanjenis
**Subject:** Safa - Amended Answers to Pl's First RFPs & Interrogatories

Dear Tom,

I just wanted to follow-up on receiving your amended answers to Plaintiff's First RFPs and Interrogatories. You indicated that we would be getting amended answers last week for all responses we discussed with the exception of those related to "other incidents," which we would be receiving this week. Please confirm that we will be receiving all amended answers this week.

Also, you advised on January 4 that your client was working on getting proposed deposition dates. Do you have these dates yet?

2

I also wanted to let you know that this is my last week before going on maternity leave for two months. For the next two months, all correspondence should be directed to Ricardo, Jodi, and/or Angie (both cc'd on this email). Angie is the paralegal that is working on this case.

Thanks,

Lauren L. Barrington
Podhurst Orseck, P.A.
25 West Flagler St., Suite 800
Miami, Florida 33130
Phone: 305.358.2800
Fax: 305:358.2382